STEVEN W. PITE (NV Bar # 8226)
LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 670
Las Vegas, NV 89101
<u>MAILING ADDRESS</u>
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Lhandley@piteduncan.com

Attorneys for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEFA S. LOPEZ, JOSE TRINIDAD CASAS, MARIA C. CASAS, LYNDON B. GRAVES, TYRONE EVENSON, MICHELLINA EVENSON, BRYAN GRAY, HELEN GRAY, PATRICK FRANKOSKI, and CHRISTOPHER PETERNELL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE TRUSTEE SERVICES, LLC; COUNTRYWIDE HOME LOANS, INC., a New York corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; RECONTRUST, SAXON MORTGAGE SERVICES, INC., GALE GROUP dba T.D. FINANCIAL SERVICES dba T.D. SERVICE COMPANY, SECURITY UNION TITLE INSURANCE COMPANY, CAPITAL ONE dba CHEVY CHASE BANK, NATIONAL DEFAULT SERVICING CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, a Virginia corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia | Case No. 3:09-cv-00180-ECR-VPC<br><br><br><br><br><br><br><br><br><br><br>ORDER GRANTING |

| | |
|---|---|
| 1 | corporation; GMAC MORTGAGE, L.L.C. a Delaware corporation; NATIONAL CITY MORTGAGE, a foreign company and a division of NATIONAL CITY BANK, a subsidiary of National City Corporation, a Delaware corporation and a subsidiary of PNC Financial Services, Inc.; NATIONAL CITY BANK; PNC FINANCIAL SERVICES, INC., a Pennsylvania corporation; J.P. MORGAN CHASE BANK, N.A., a New York corporation; CITIMORTGAGE, INC., a New York corporation; HSBC MORTGAGE CORPORATION, U.S.A., a Delaware corporation; AIG UNITED GUARANTY CORPORATION, a foreign corporation; WELLS FARGO BANK, N.A., a California corporation, dba WELLS FARGO HOME EQUITY and dba WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. a California corporation; BANK OF AMERICA, N.A. a Delaware corporation, GE MONEY BANK, an Ohio corporation, JOHN AND JANE DOES I-X; BLACK AND WHITE PARTNERSHIPS I-X; AND ABC CORPORATION I-X, |

Defendants.

## AMENDED DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR
## OF THIS COURT AND CONSENT THERETO

On May 26, 2009, attorney Henry F. Reichner, filed a Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel ("Petition"), which was approved by the Court on May 27, 2009. (Dok. # 89.) In the Petition, attorney Bruce Beesley of Lewis and Roca, LLP was appointed as the Designated Resident Nevada Counsel for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC.

Concurrently with this Amended Designation of Resident Attorney, Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC are filing a Substitution of Attorney to substitute the law firm of Pite Duncan, LLP as attorney of record in place and stead of the law firm of Lewis and Roca, LLP.

/././

Pursuant to the requirements of the Local Rules of Practice for this Court, Henry F. Reichner

believes it to be in the best interest of GMAC Mortgage, LLC and Executive Trustee Services, LLC to designate Laurel I. Handley of Pite Duncan, LLP, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: 701 Bridger Avenue, Suite 670, Las Vegas, NV 89101, Telephone: (858) 750-7600, Facsimile: (619) 326-2430.

By this amended designation Henry F. Reichner and GMAC Mortgage, LLC and Executive Trustee Services, LLC agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**AMENDED APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Laurel I. Handley of Pite Duncan, LLP as its Designated Resident Nevada Counsel in this case.

DATED: 4/5/10          GMAC Mortgage, LLC

                       By: _____/s/ David Hagens_____
                           David Hagens
                       Its: Legal Counsel/Litigation
                            GMAC Legal Staff

DATED: 4/5/10          Executive Trustee Services, LLC

                       By: _____/s/ David Hagens_____
                           David Hagens
                       Its: Legal Counsel/Litigation
                            GMAC Legal Staff

The undersigned agrees to this designation:

Dated: _____
                       _____
                       HENRY F. REICHNER
                       Attorney for Defendants GMAC Mortgage, LLC and
                       Executive Trustee Services, LLC

/././
/././
/././
/././

believes it to be in the best interest of GMAC Mortgage, LLC and Executive Trustee Services, LLC to designate Laurel I. Handley of Pite Duncan, LLP, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: 701 Bridger Avenue, Suite 670, Las Vegas, NV 89101, Telephone: (858) 750-7600, Facsimile: (619) 326-2430.

By this amended designation Henry F. Reichner and GMAC Mortgage, LLC and Executive Trustee Services, LLC agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**AMENDED APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Laurel I. Handley of Pite Duncan, LLP as its Designated Resident Nevada Counsel in this case.

Dated:_____

GMAC MORTGAGE, LLC
By:_____
Its._____

Dated:_____

EXECUTIVE TRUSTEE SERVICES, LLC
By:_____
Its._____

The undersigned agrees to this designation:

Dated: 26 March 2010          /s/ Henry F. Reichner

HENRY F. REICHNER
Attorney for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC

/././
/././
/././
/././

**CONSENT OF DESIGNEE**

1 | The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

3 | Dated: 4/6/10

LAUREL I. HANDLEY, ESQ. (NV Bar# 9576)
Designated Resident Nevada Counsel
For Defendant GMAC Mortgage, LLC and Executive Trustee Services, LLC

**APPROVED:**

Dated: this April 7, 2010

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE