```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | | |
|---|---|---|
| JOSEFA LOPEZ, et al., | ) | 3:09-CV-180-ECR-VPC |
| Plaintiffs, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: April 22, 2010 |
| EXECUTIVE TRUSTEE SERVICES, LLC, et al., | ) | |
| Defendants. | ) | |

PRESENT:   EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that the Ex Parte Application for Extension of Time (#440) to Respond to Motions to Dismiss, filed April 20, 2010, is **GRANTED** on the following basis.

Plaintiffs shall have until May 7, 2010, within which time to respond to the subject motions.

LANCE S. WILSON, CLERK

By     /s/
       Deputy Clerk