UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JOSEFA LOPEZ, et al., | 3:09-CV-180-ECR-VPC |
| Plaintiffs, | MINUTES OF THE COURT |
| vs. | DATE: September 15, 2010 |
| EXECUTIVE TRUSTEE SERVICES, LLC, et al., | |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.                             U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that in light of the Stipulation (#472) of the parties, filed on September 14, 2010, the Motion, filed by Defendant Countrywide Home Loans, Inc. and Defendant Wells Fargo Bank, N.A., to Vacate Non-Foreclosure Stipulations (#453) is **DENIED** as moot as to Defendant Countrywide Home Loans, Inc. The Motion (#453) remains pending with respect to Wells Fargo Bank, N.A.

LANCE S. WILSON, CLERK

By      /s/
        Deputy Clerk