Case 3:09-cv-00180-ECR-VPC   Document 477   Filed 10/13/10   Page 1 of 3

1  STEVEN E. GUINN
   Nevada Bar No. 5341
2  ANDRIEA A. ADEN
   Nevada Bar No. 11035
3  LAXALT & NOMURA
   9600 Gateway Drive
4  Reno, NV 89521
   Telephone: 775.322.1170
5  Facsimile: 775.322.1865

6  Howard N. Cayne *(Pro Hac Vice)*
7  David B. Bergman *(Pro Hac Vice)*
   David D. Fauvre *(Pro Hac Vice)*
8  ARNOLD AND PORTER, LLP
   555 Twelfth Street, NW
9  Washington, DC 20004-1206
   Telephone: 202.942.5000
10 Facsimile: 202.942.5999

11 Stephen E. Hart *(Pro Hac Vice)*
   FEDERAL HOUSING FINANCE AGENCY
12 1700 G St., NW
   Washington, DC 20552
13 Telephone: 202.414.3800

14 Attorneys for the Federal Housing Finance Agency as
   Conservator of Fannie Mae and Freddie Mac
15

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF NEVADA

18 JOSEFA S. LOPEZ, et al.,                Case No.: 3:09-cv-180 ECR-VPC

19             Plaintiffs,

20    vs.                                   **NOTICE OF CHANGE OF ATTORNEY**

21 EXECUTIVE TRUSTEE SERVICES, LLC,
   et al.,
22
              Defendants.
23

24

25      PLEASE TAKE NOTICE, effective immediately, MICHAEL W. LARGE has

26 disassociated with the Law Firm of Laxalt & Nomura, Ltd. and that STEVEN E. GUINN and

27 ANDRIEA A. ADEN of Laxalt & Nomura, Ltd., are now the attorneys of record for Defendant

28

1  Federal Housing Finance Agency as Conservator of Fannie Mae and Freddie Mac in defending
2  this matter.
3
4  DATED this 13th day of October, 2010.                Respectfully submitted:

5  *Of Counsel:*                                         /s/ Andriea A. Aden
                                                        STEVEN E. GUINN
6  Stephen E. Hart (*Pro Hac Vice*)                     Nevada Bar No. 5341
   FEDERAL HOUSING FINANCE AGENCY                       ANDRIEA A. ADEN
7  1700 G Street, NW                                    Nevada Bar No. 11035
   Washington, DC 20552                                 LAXALT & NOMURA
8  Telephone: 202.414.3800                              9600 Gateway Drive
                                                        Reno, NV 89521
9                                                       Telephone: 775.322.1170
   Howard N. Cayne (*Pro Hac Vice*)                     Facsimile: 775.322.1865
10 David B. Bergman (*Pro Hac Vice*)
   David D. Fauvre (*Pro Hac Vice*)
11 ARNOLD & PORTER LLP                                  *Attorneys for the Federal Housing Finance*
   555 Twelfth Street, NW                               *Agency as Conservator of Fannie Mae and*
12 Washington, DC 20004-1206                            *Freddie Mac*
13 Telephone: 202.942.5000
   Facsimile: 202.942.5999
14
15                                                      IT IS SO ORDERED
16                                                      _____
                                                        U.S. MAGISTRATE JUDGE
17                                                      DATED: October 18, 2010
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010 a copy of the foregoing Notice of Change of Attorney was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED this 13th day of October, 2010.

/s/ Andriea A. Aden
ANDRIEA A. ADEN