1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

JOSEFA S. LOPEZ, JOSE              )   Case No.  3:09-cv-00180-ECR-VPC
TRINIDAD CASAS, MARIA C.           )
11   CASAS, LYNDON B. GRAVES,           )
TYRONE EVENSON,                    )
12   MICHELLINA EVENSON, BRYAN         )
GRAY, HELEN GRAY, PATRICK           )
13   FRANKOSKI, et al.,                  )        ORDER
                                    )
14                Plaintiffs,              )
                                    )
15   vs.                                )
                                    )
16   EXECUTIVE TRUSTEE SERVICES, )
LLC.; COUNTRYWIDE HOME              )
17   LOANS, INC.; MERSCORP, INC.,       )
MORTGAGE ELECTRONIC                 )
18   REGISTRATION SYSTEMS,             )
RECONTRUST SAXON                    )
19   MORTGAGE SERGVICES, INC.;        )
GALE GROUP dba T.D.                 )
20   FINANCIAL SERVICES, et al.,       )
                                    )
21                Defendants.             )
                                    )
22   _____)

23          On July 15, 2011, Plaintiff Bryan Gray filed an Ex Parte Motion to Enforce

24   Stipulation and Order Not to Foreclose (#482).  This motion was submitted to the

25   Court via electronic case filing at 4:56 p.m. on July 15, 2011, and was not called

26   to the Court's attention until the morning of July 19, 2011.

27          In order to maintain the status quo, it appears that Plaintiff Gray's motion

28   (#482) should be granted subject to Defendants Chevy Chase and T.D. Service

1       Company filing for reconsideration of this order within 21 days.

2           Therefore, IT IS ORDERED that Plaintiff Gray's Ex Parte Motion to

3 Enforce Stipulation and Order Not to Foreclose (#482) is GRANTED.

4           Dated this 19th day of July 2011.

5

6                                     _Edward C. Reed._____

7                                 EDWARD C. REED, JR.
                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28